# UNITED STATES DISTRICT COURT
## District of Minnesota

Rafael Antonio Perez Aquino,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
Sheriff Joel Brott, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26cv906 JRT/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum and Order [6] has been satisfied

Date: 2/14/26

KATE M. FOGARTY, CLERK